# EXHIBIT C

| From: | Sun, April |
|---|---|
| To: | Kornblatt, Jillian |
| Cc: | Woo, Darryl M |
| Subject: | Michael Rabern/vRad |
| Date: | Saturday, January 11, 2020 7:31:00 PM |
| Attachments: | image001.png |
| | ScannedDocument.pdf |

Ms. Kornblatt:

We represent Nines Inc. and we are in receipt of your January 7, 2020 letter (attached). We are investigating the allegations in your letter and hope to complete our investigation by the end of next week.  We will be back in touch with you with a substantive response once we have more information.

Thank you.

**April Sun**



Goodwin Procter LLP
3 Embarcadero Center
San Francisco, CA 94111
o  +1 415 733 6014
f  +1 415 390 7964
ASun@goodwinlaw.com | goodwinlaw.com

*********************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************